H. W. WHITENER v. C. C. AND O. RAILROAD COMPANY.

(Filed 13 December, 1911.)

**Negligence—Action—Evidence—Nonsuit.**

> When it appears that an injury, the subject of an action for damages, was the result of an accident concerning which the evidence fails to account, a judgment of nonsuit is proper.

APPEAL from *Long, J.,* at July Term, 1911, of McDOWELL.

Civil action for personal injury. The action was brought to recover damages for personal injury received from a piece of rock striking plaintiff in the eye while driving crushed ballast under the railroad ties with a tamping pick.

His Honor sustained defendant's motion to nonsuit and dismissed the action. Plaintiff appealed.

*Pless & Winborne for plaintiff.*

*Hudgings & Watson, A. Hall Johnston, and J. Norment Powell for defendant.*

PER CURIAM. Upon a review of the record in this case we are of opinion that his Honor correctly sustained the motion to nonsuit. *House v. R. R.,* 152 N. C., 397, and cases cited; *Dunn v. R. R.,* 151 N. C., 313. The injury was evidently the result of an accident, which the evidence fails to account for. *Martin v. Manufacturing Co.,* 128 N. C., 264.

Affirmed.